AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Jaideep SINGH<br><br>**Defendant.** | ) | Case No. 8:26-po-99 (MJK) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 10, 2026, in the county of Clinton in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Asta M. Amar

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Digitally signed by Mitchell J Katz
Date: 2026.10.13 14:36:42 -04'00'

Date: October 13, 2026

*Judge's signature*

City and St Syracuse, NY

Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Asta M. Amar, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for two years and have been assigned to the Swanton Sector since January 2024. I successfully completed training at the United States Border Patrol Academy in [year], where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging the defendant with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

**3.** On October 10, 2026, BPAs received information from Swanton Sector Dispatch that they received remote images from border surveillance technology East of Upton Road in Mooers, NY of approximately three individuals crossing Southbound into the United States. Upton Road is a North and South dead-end road. that ends at the international boundary with Canada. This remote area has had numerous illegal entrants in the past. This area is common for Entry Without Inspection as it is a quick egress route from the border area.

4. BPAs responded to the area and found three individuals; one later identified as Jaideep SINGH hiding in the woods. BPAs identified themselves and asked the defendant for his

immigration status. The defendant admitted that he is a citizen of India. The defendant was transported to the USBP station for further processing.

5. At the station, BPAs fingerprinted the defendant and records checks confirmed that the defendant is not a citizen or national of the United States; that he did not have permission to enter the United States; and that the defendant had not entered the United States through a port of entry.

## Conclusion

6. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Asta M. Amar
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 13, 2026

Digitally signed by Mitchell J Katz
Date: 2026.10.13 14:36:19 -04'00'

Hon. Mitchell J. Katz

United States Magistrate Judge